Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI220006348
Transaction ID: 0018759760
Filing Date: 08/18/2022 05:05:38 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY NEBRASKA

| | | |
|---|---|---|
| THOMAS BARRETT, | ) | CASE NO. CI 22- |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT** |
| vs | ) | **(Suit for Damages)** |
| | ) | |
| B BAR R LIVESTOCK | ) | |
| TRANSPORTATION INC., and | ) | |
| LUKE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**COMES NOW** the Plaintiff and for his cause of action against the Defendants, and each of them, states:

1. Plaintiff is a resident of Sarpy County, Nebraska.
2. Defendant B Bar R Livestock Transportation Inc. (hereinafter "Defendant B Bar R") is a foreign corporation conducting business in Douglas County, Nebraska.
3. Defendant Luke Johnson is a resident of Harrison County, Iowa.
4. This cause of action arises from an motor vehicle collision between Plaintiff and Defendant Johnson on July 26, 2021, at approximately 9:30 AM on westbound Interstate 80 near mile marker 448 in Omaha, Douglas County, Nebraska.
5. For all purposes material herein, Plaintiff was the operator of a 2016 Mercedes Metris automobile and the Defendant Johnson was the operator of a 2001 International semi-truck owned by Defendant B Bar R.
6. On the date, time, and location referenced in paragraph four, Defendant Johnson operated the front of the semi-truck he was driving into the rear of the vehicle Plaintiff was driving.
7. The collision referenced in paragraphs four and six was occasioned by the negligence of Defendant Johnson.
8. On the aforementioned date, time, and place Defendant Johnson was operating the truck owned by Defendant B Bar R on behalf of and in the scope and course of his employment with Defendant B Bar R.
9. As a direct and proximate result of Defendant Johnson's negligence, Plaintiff sustained the following damages:

EXHIBIT B

    a. **Personal injuries**; It is believed said injuries are permanent in nature;

    b. **Property damage** in an amount to be determined;

    c. **Lost wages** in an amount to be determined; and

    d. **Medical expenses** in an amount to be determined.

10. That on the date of filing this Complaint Plaintiff is 41 years old and has a 32.71 year life expectancy.

    **WHEREFORE**, Plaintiff prays for judgment against the Defendants, and each of them, in the amount of his special damages, general damages, and the costs of this action.

    Dated: August 18, 2022.

                        THOMAS BARRETT, Plaintiff

              By:    /s/ Benjamin C. Knowles
                       Benjamin C. Knowles, #24687
                       James W. Knowles, Jr., #16596
                       Knowles Law Firm
                       First National Plaza, No. 450
                       11404 West Dodge Road
                       Omaha, Nebraska 68154-2576
                       P (402) 431-9000
                       F (402) 431-9099
                       ben@knowleslawfirm.com
                       Attorneys for Plaintiff

IN THE DISTRICT COURT OF DOUGLAS COUNTY NEBRASKA

| | | |
|---|---|---|
| THOMAS BARRETT, | ) | CASE NO. CI 22- |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PRAECIPE** |
| vs | ) | |
| | ) | |
| B BAR R LIVESTOCK | ) | |
| TRANSPORTATION INC., and | ) | |
| LUKE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

Please issue summons for service by **certified mail** to the registered agent of Defendant B Bar R Livestock Transportation Inc.:

Leslie Brown
1545 250th St.
Denison, IA 51442

Please issue summons for service on Defendant Luke Johnson by **certified mail** at his usual residents, to-wit:

2083 194th St.
Mondamin, IA 51557

Please return summonses to attorney for Plaintiff by electronic mail to ben@knowleslawfirm.com.

Dated: August 18, 2022

THOMAS BARRETT, Plaintiff

By: /s/ Benjamin C. Knowles
Benjamin C. Knowles, #24687
James W. Knowles, Jr., #16596
Knowles Law Firm
First National Plaza, No. 450
11404 West Dodge Road
Omaha, Nebraska 68154-2576
(402) 431-9000
FAX (402) 431-9099
ben@knowleslawfirm.com
Attorneys for Plaintiff

| Image ID: | **SUMMONS** | |
|---|---|---|
| D00811475D01 | | Doc. No. 811475 |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha NE 68183

Thomas Barrett v. B Bar R Livestock Transport Inc

Case ID: CI 22 6348

TO: B Bar R Livestock Transport Inc

**FILED BY**
Clerk of the Douglas District Court
08/19/2022

You have been sued by the following plaintiff(s):

Thomas Barrett

Plaintiff's Attorney: Benjamin C Knowles
Address: 11404 West Dodge Road, Suite 450
Omaha, NE 68154-2576

Telephone: (402) 431-9000

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself.

Date: AUGUST 19, 2022    BY THE COURT:   *John M. Friend*
                                          Clerk

Image ID: D00811475D01

**SUMMONS**

Doc. No. 811475

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    B Bar R Livestock Transport Inc
    c/o Leslie Brown - RA
    1545 250th St.
    Denison, IA 51442

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

| | | |
|---|---|---|
| | **SERVICE RETURN** | Doc. No. 811475 |

        Douglas District Court
          1701 Farnam
          Omaha               NE 68183

To:
Case ID: CI 22    6348 Barrett v. B Bar R Livestock Transport I

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock \_\_M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                     _____

Mileage \_\_\_\_miles      _____

    TOTAL        $ _____

Date: _____   BY: _____
                                                         (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                    _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: B Bar R Livestock Transport Inc       From: Benjamin C Knowles
    c/o Leslie Brown - RA                       11404 West Dodge Road, Suite 450
    1545 250th St.                              Omaha, NE 68154-2576
    Denison, IA 51442
```

**ATTACH RETURN RECEIPT & RETURN TO COURT**

| Image ID: | **SUMMONS** | |
|---|---|---|
| D00811476D01 | | Doc. No.   811476 |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                NE 68183

Thomas Barrett v. B Bar R Livestock Transport Inc

Case ID: CI 22    6348

TO:   Luke Johnson

**FILED BY**
Clerk of the Douglas District Court
08/19/2022

You have been sued by the following plaintiff(s):

   Thomas Barrett

Plaintiff's Attorney:      Benjamin C Knowles
Address:                   11404 West Dodge Road, Suite 450
                           Omaha, NE 68154-2576

Telephone:                 (402) 431-9000

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself.

Date:   AUGUST 19, 2022        BY THE COURT:   *John M. Friend*
                                                Clerk

Page 1 of 2

Image ID:
D00811476D01

**SUMMONS**

Doc. No.    811476

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

       Luke Johnson
       2083 194th St.
       Mondamin, IA 51557

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

```
                    ┌─────────────────────────┐
                    │     SERVICE RETURN      │         Doc. No.    811476
                    └─────────────────────────┘

                    Douglas District Court
                        1701 Farnam
                        Omaha            NE 68183
```

To:
Case ID: CI 22    6348 Barrett v. B Bar R Livestock Transport I

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                      _____

Mileage ____miles         _____

   TOTAL                $ _____

Date: _____  BY: _____
                                            (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                        _____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Luke Johnson                      From: Benjamin C Knowles
    2083 194th St.                          11404 West Dodge Road, Suite 450
                                            Omaha, NE 68154-2576
Mondamin, IA 51557

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI220006348
Transaction ID: 0018782143
Filing Date: 08/24/2022 03:01:50 PM CDT

**SERVICE RETURN**

Doc. No. 811475

Douglas District Court
1701 Farnam
Omaha          NE 68183

To:
Case ID: CI 22    6348 Barrett v. B Bar R Livestock Transport I

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

B Bar R Livestock Transport Inc.
c/o Leslie Brown - RA
1545 250th Street
Denison IA 51442

9590 9402 7236 1284 6547 74

2. ... Transfer from service label
7015 0920 0000 3118 8629

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name): Les Brown
C. Date of Delivery: 8-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Thomas Barrett

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: B Bar R Livestock Transportation Inc

At the following address: c/o Leslie Brown, Registered Agent

1545 250th St., Denison, IA 51442

on the 19th day of August 2022, as required by Nebraska state law.

Postage $ 8.06    Attorney for: [signature]    Plaintiff

The return receipt for mailing to the party was signed on August 22, 2022.

To: B Bar R Livestock Transport Inc
c/o Leslie Brown - RA
1545 250th St.
Denison, IA 51442

From: Benjamin C Knowles
11404 West Dodge Road, Suite 450
Omaha, NE 68154-2576

**ATTACH RETURN RECEIPT & RETURN TO COURT**

# Certificate of Service

I hereby certify that on Wednesday, August 24, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Barrett,Thomas, represented by Knowles,James,W,Jr (Bar Number: 16596) service method: Electronic Service to jim@knowleslawfirm.com

Signature: /s/ Benjamin C Knowles (Bar Number: 24687)

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI220006348
Transaction ID: 0018801425
Filing Date: 08/29/2022 05:24:38 PM CDT

**SERVICE RETURN**

Doc. No. 811476

Douglas District Court
1701 Farnam
Omaha          NE 68183

To:
Case ID: CI 22    6348  Barrett v. B Bar R Livestock Transport I

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Luke Johnson
2083 194th Street
Mondamin IA 51557

9590 9402 7236 1284 6547 50

2. Article Number (Transfer from service label)
7015 0920 0000 3118 8636

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   Thomas Barrett

C. Date of Delivery  8/24/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Date: _____  By: _____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Luke Johnson

At the following address: 2083 194th St., Mondamin, IA 51557

on the 19th day of August 2022, as required by Nebraska state law.

[signature: Be Knowles]

Postage $ 8.06    Attorney for: Plaintiff

The return receipt for mailing to the party was signed on August 24, 2022.

To: Luke Johnson            From: Benjamin C Knowles
    2083 194th St.                11404 West Dodge Road, Suite 450
                                  Omaha, NE 68154-2576
    Mondamin, IA 51557

**ATTACH RETURN RECEIPT & RETURN TO COURT**

# Certificate of Service

I hereby certify that on Tuesday, August 30, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Barrett,Thomas, represented by Knowles,James,W,Jr (Bar Number: 16596) service method: Electronic Service to jim@knowleslawfirm.com

Signature: /s/ Benjamin C Knowles (Bar Number: 24687)