IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS BARRETT, | ) | CASE NO. CI 8:22-cv-00337 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION FOR** |
| vs | ) | **DISMISSAL WITHOUT** |
| | ) | **PREJUDICE** |
| B BAR R LIVESTOCK | ) | |
| TRANSPORTATION INC., and | ) | |
| LUKE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

    **COME NOW** the parties, by and through their undersigned legal counsel, and hereby stipulate and agree that the above-entitled case be dismissed without prejudice. In support of this Stipulation, the undersigned state that Plaintiff is continuing to undergo medical treatment and the case is not ready for adjudication.

    **WHEREFORE**, the Parties request the Court enter an order dismissing the present case without prejudice.

    Dated: September 23, 2022.

|  |  |
|---|---|
| THOMAS BARRETT, Plaintiff | B BAR R LIEVSTOCK TRANSPORTATION INC., and LUKE JOHNSON, Defendants |
| By: /s/ *James W. Knowles, Jr.*<br>Benjamin C. Knowles, #24687<br>James W. Knowles, Jr., #16596<br>Knowles Law Firm<br>First National Plaza, No. 450<br>11404 West Dodge Road<br>Omaha, Nebraska 68154-2576<br>P (402) 431-9000<br>F (402) 431-9099<br>ben@knowleslawfirm.com<br>jim@knowlesalawfirm.com<br>Attorneys for Plaintiff | By: /s/ *Matthew D. Quandt*<br>Matthew D. Quandt, #26731<br>Joseph H. Selde, #25975<br>Erickson \| Sederstrom, P.C.<br>10330 Regency Parkway Drive<br>Suite 100<br>Omaha, Nebraska 68114<br>P (402) 397-2200<br>quandt@eslaw.com<br>selde@eslaw.com<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

        */s/ James W. Knowles, Jr.*
        James W. Knowles, Jr.