IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS BARRETT,<br><br>              Plaintiff,<br><br>vs.<br><br>B BAR R LIVESTOCK TRANSPORTATION INC., and LUKE JOHNSON,<br><br>              Defendants. | **8:22CV337**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal without Prejudice (Filing No. 5). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice.

Dated this 18th day of October, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge